In the Matter of AZALEAYANNA S.G.-B. and Another, Children Alleged to be Abandoned. HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; QUANEESHA S.G., Appellant. (Appeal No. 1.) [33 NYS3d 807]—Appeal from a judgment of the Family Court, Herkimer County (John J. Brennan, J.), entered March 4, 2015 in a proceeding pursuant to Social Services Law § 384-b. The judgment, among other things, adjudged that the

subject children are abandoned children and transferred respondent's guardianship and custody rights to petitioner.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.